*Mary Carole McDonnell Trust*
*Mary C. McDonnell, Trustee*

## PROMISSORY NOTE

$2,500,000 PRINCIPAL                                             LOS ANGELES, CA

$750,000 INTEREST DUE ON 9/26/16                                 JANUARY 25, 2016

FOR VALUE RECEIVED, the undersigned, Mary Carole McDonnell, an individual, the Mary Carole McDonnell Trust, and the McDonnell Family Trust, collectively referred to as "Borrower," unconditionally, jointly and severally promise to pay to the order of Theodore Kuhlman and Carrie Kuhlman the principal sum of $2,500,000 which has been advanced to THE TRUSTS via wire instructions to Comerica Bank, together with interest in the amount of $750,000. This transaction will be concluded by the Borrower and the $2,500,000 returned by September 26, 2016 unless an extension is agreed to by both the Borrower and the Kuhlmans.

Should any payment hereunder not be paid when due, such late payment shall bear additional interest at the rate of 5% per annum until such payment is paid in full, in accordance with the terms of the Loan Agreement.

This Promissory Note is secured by the assets of the McDonnell Family Trust as well as the Mary Carole McDonnell Trust, which includes Bellum Entertainment.

If an event of Default exists, the principal and all accrued interest evidenced by this Promissory Note will become due and payable within three months of the date of default. In the event of the death of Ms. McDonnell, her estate will pay the note on a timely basis until the terms of the note have been satisfied.

The Borrower may, at any time, prepay, in whole or in part, the principal sum of this Promissory Note without penalty. Any prepayment includes all interest.

**EXHIBIT A**

*1336 Sugarloaf Drive • La Cañada, CA 91011*

*Mary Carole McDonnell Trust*
*Mary C. McDonnell, Trustee*

Neither the Holder, nor Lender shall by any act, delay, omission or otherwise by deemed to have waived any of its' rights or remedies under this Promissory Note and no waiver shall be valid, unless in writing and signed by the Holder or Lender, as applicable.

This Promissory Note shall be governed by and construed in accordance with the laws of the State of California. Any provision of this Promissory Note may be unenforceable or invalid under any applicable law and shall be ineffective to the extent of such unenforceability or invalidity only without affecting the enforceability or validity of any other provision hereof.

Borrower expressly waives any presentment, demand, protest or notice in connection with this Promissory Note, now or hereafter required by applicable law.

The obligations of each of the entities comprising "Borrower" under this Promissory Note and other Loan Documents shall be joint and several.

This promissory note is executed by Mary Carole McDonnell, on behalf of the Mary Carole McDonnell Trust and the McDonnell Family Trust.

AGREED TO THIS 25th day of January, 2016:

_____

Mary Carole McDonnell as Trustee of the McDonnell Family Trust and the Mary Carole McDonnell Trust/ Date

*1336 Sugarloaf Drive • La Cañada, CA 91011*

*Mary Carole McDonnell Trust*
*Mary C. McDonnell, Trustee*

_____      2/8/2016
Notary                                                                               Date



*1336 Sugarloaf Drive • La Cañada, CA 91011*

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_

On _2/8/16_ before me, _Dion Noravian_, A Notary Public personally appeared _Mary Carole McDonnell_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _/s/_

DION NORAVIAN
Commission # 2049613
Notary Public - California
Los Angeles County
My Comm. Expires Nov 25, 2017

(Seal)