**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **THEODORE KUHLMAN,** *et al.*, | : | **CASE NO. 1:20-cv-00510-DRC** |
| | : | |
| **Plaintiffs,** | : | **Judge Douglas R. Cole** |
| **v.** | : | |
| | : | **NOTICE OF DISMISSAL** |
| **MARY CAROLE MCDONNELL,** *et al.* | : | **WITHOUT PREJUDICE** |
| | : | |
| **Defendants.** | : | |

Plaintiffs Theodore Kuhlman and Carrie M. Kuhlman, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby give notice of their dismissing all claims against Defendant Bellum Entertainment, LLC, without prejudice.

 

| | Respectfully submitted, |
|---|---|
| *Of Counsel*: | /s/ *Kellie Ann Kulka* |
| | Steven P. Goodin (0071713) |
| GRAYDON HEAD & RITCHEY LLP | Kellie Ann Kulka (0095749) |
| 312 Walnut Street, Suite 1800 | GRAYDON HEAD & RITCHEY LLP |
| Cincinnati, OH 45202 | 312 Walnut Street, Suite 1800 |
| Phone: (513) 621-6464 | Cincinnati, OH 45202 |
| Fax: (513) 651-3836 | Phone: (513) 629-2845 |
| | Fax: (513) 651-3836 |
| | Email: sgoodin@graydon.law |
| |           kkulka@graydon.law |
| | *Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Dismissal without Prejudice was served on the following unrepresented parties by the methods identified, this 22nd day of December, 2022:

| U.S. Mail | Via Email |
|---|---|
| Bellum Entertainment, LLC<br>c/o Karen Garber<br>6408 S Coral Cactus Ct.<br>Mohave Valley, AZ  86440 | Mary Carole Mc Donnell<br>marycarolemcdonnell@gmail.com |

*/s/ Kellie Ann Kulka*
Kellie Ann Kulka (0095749)

12541328.1